# MEMO ENDORSED

Scott Zarin, Esq.
Zarin & Associates, P.C.
1700 Broadway, Suite 3100
New York, New York 10019
scottzarin@copyrightrademarkcounsel.com
Tel: (212) 580-3131 * Fax: (212) 580-4393

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/10
```

October 26, 2010

**Via Facsimile (212)805-7927**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: *CBS Broadcasting, Inc. v. Filmon.com, Inc.*/S.D.N.Y. 10-7532

Dear Judge Reice Buchwald:

Earlier today I was retained by Defendant Filmon.com, Inc. ("Filmon.com") in the above-referenced action. The docket sheet in this matter reflects that Defendant Filmon.com's answer to Plaintiffs' complaint is due October 26, 2010, today. Having just been retained, however, I have not had an opportunity to fully investigate Plaintiffs' claims and allegations and therefore I am not currently in a position to file an answer to the complaint. Consequently, I request the Court to extend the time for Defendant Filmon.com to file an answer or a motion in lieu of an answer for thirty (30) days until November 25, 2010.

Defendant has not requested any other such extension. A short while ago I contacted Plaintiffs' counsel, Peter Zimroth, Esq., via e-mail and inquired whether he would consent to this request, but have not yet received a response to that inquiry. As today is the current deadline for filing of the answer, in an abundance of caution I

*So Ordered.*
Naomi Reice Buchwald, USDJ
10/27/10



write to the Court before the close of business to make this request now rather than wait for a response from Mr. Zimroth. Thank you.

Sincerely,

Scott Zarin, Esq.

cc: Peter Zimroth, Esq. (via e-mail and facsimile)

2