UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBS BROADCASTING INC.,<br>NBC STUDIOS, INC.,<br>UNIVERSAL NETWORK TELEVISION, LLC,<br>NBC SUBSIDIARY (KNBC-TV), INC.<br>TWENTIETH CENTURY FOX FILM CORPORATION,<br>FOX TELEVISION STATIONS, INC.,<br>ABC HOLDING COMPANY INC.,<br>and DISNEY ENTERPRISES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>FILMON.COM, INC.,<br><br>　　　　Defendant. | Case No. 1:10-cv-7532-NRB |

## DECLARATION OF CHRISTOPHER SCOTT MORROW IN SUPPORT OF PLAINTIFFS' APPLICATION FOR AN ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

I, Christopher Scott Morrow, declare under penalty of perjury:

1. My name is Christopher Scott Morrow. I am an associate at Arnold & Porter LLP, with offices located at 399 Park Avenue, New York, New York. I submit this Declaration in connection with the Application for an Order To Show Cause for a Preliminary Injunction and Temporary Restraining Order submitted by plaintiffs in this matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of a collection of copyright registration certificates, registration applications, and other documentation corresponding to television programs in which plaintiffs (and/or their parents, subsidiaries or affiliates) own the copyright interests and which demonstrate plaintiffs'

compliance with Sections 408(f) and 411 of the Copyright Act, 17 U.S.C. §§ 408 (f) & 411, and implementing Copyright Office regulations.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Statement of Marybeth Peters, Register of Copyrights, Before the House Subcommittee on Courts and Intellectual Property, 106th Cong., 2d Sess. (June 15, 2000).

4. Attached hereto as Exhibit 3 is a true and correct copy of A Report of the Register of Copyrights, <u>Satellite Home Viewer Extension and Reauthorization Act Section 109 Report</u> (June 2008).

I declare under penalty of perjury that the foregoing is true and correct.

_____
C. Scott Morrow

Executed on November 8, 2010.