*Buchwald,* (handwritten)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBS BROADCASTING INC., NBC STUDIOS, INC., UNIVERSAL NETWORK TELEVISION, LLC, NBC SUBSIDIARY (KNBC-TV), INC. TWENTIETH CENTURY FOX FILM CORPORATION, FOX TELEVISION STATIONS, INC., ABC HOLDING COMPANY INC., and DISNEY ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FILMON.COM, INC., <br><br> Defendant. | Case No. 1:10-cv-7532-NRB <br><br>  USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 12/2/10 |

### STIPULATION AND PROPOSED ORDER

WHEREAS, by Order dated October 28, 2010, the Court granted defendant's request to file its answer on November 25, 2010;

WHEREAS, by Order dated November 22, 2010, the Court (1) ordered defendant to show cause why an order should not be entered granting plaintiffs preliminary injunctive relief (the "Order to Show Cause"); (2) set forth a schedule that requires defendant to submit supplemental papers as to why such an order should not issue by December 6, 2010 and plaintiffs to submit their reply by December 13, 2010; and (3) ordered that defendant was temporarily restrained from infringing by any means, directly or indirectly, any of plaintiffs' exclusive rights under Section 106 (1)-(5) of the Copyright Act, including but not limited to through the streaming over mobile telephone systems and/or the Internet of any of the broadcast television programming in which any plaintiff owns a copyright, pending a full hearing on the Order to Show Cause (the "TRO");

IT IS HEREBY STIPULATED AND AGREED that:

1. Defendant shall file its answer on November 30, 2010;

2. Defendant shall file its supplemental papers on the Order to Show Cause on December 13, 2010 and plaintiffs shall file their reply on December 20, 2010; and

3. The TRO shall remain in full force and effect until the Court rules upon plaintiffs' request for a preliminary injunction.

STIPULATED AND AGREED:

_____
Peter L. Zimroth
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
peter.zimroth@aporter.com

-- and --

Robert Alan Garrett
Hadrian R. Katz
C. Scott Morrow
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000
robert.garrett@aporter.com
hadrian.katz@aporter.com
scott.morrow@aporter.com

Counsel for Plaintiffs

_____
Scott Zarin, Esq.
ZARIN & ASSOCIATES, P.C.
1700 Broadway, Suite 3000
New York, New York 10010
(212) 580-3131
scottzarin@copyrighttrademarkcounsel.com

Counsel for Defendant

SO ORDERED:

December 2, 2010
Dated:

_____
Hon. Naomi Reice Buchwald
United States District Judge

2