UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CBS BROADCASTING, INC., : <br> NBC STUDIOS, INC. : <br> UNIVERSAL NETWORK TELEVISION, LLC : <br> NBC SUBSIDIARY (KNBC-TV), INC. : <br> TWENTIETH CENTURY FOX FILM : <br> CORPORATION, : <br> FOX TELEVISION STATIONS, INC., : <br> ABC HOLDING COMPANY, INC., : <br> and DISNEY ENTERPRISES, INC., : <br> Plaintiffs, : <br> vs. : <br> FILMON.COM, INC., : <br> Defendant. : | Case No. <br> 10-CV-7532-NRB |

---

## NOTICE OF MOTION
## FOR LEAVE TO WITHDRAW

PLEASE TAKE NOTICE that I, counsel for Defendant Filmon.com, Inc., hereby move for leave to withdraw as counsel of record, pursuant to Local Rule 1.4, on the ground that I have an irreconcilable conflict with Defendant Filmon.com's principal, Alki David.

Although Mr. David has expressed to me that he does not wish me to withdraw at this time, I do not believe I can effectively represent him or his company and, in my judgment, it is not in Filmon.com's best interest for me to attempt to do so.

December 7, 2010

_____
Scott Zarin, Esq. (SZ7134)
Zarin & Associates, P.C.
1700 Broadway, Suite 3100
New York, NY 10019
Tel. No. (212) 580-3131
Fax No. (212) 580-4393
scottzarin@copyrightrademarkcounsel.com

Attorneys for Defendant
FilmOn.com, Inc.

## Certificate of Service

I, Scott Zarin, Esq., declare, under penalty of perjury, that, on December 7, 2010, I caused to be served, via e-mail:

**Notice of Motion for Leave to Withdraw**

in the action *CBS Broadcasting, Inc. v. Filmon, Inc.*, Case No. 10-7532, on counsel for Plaintiffs:

>Peter Zimroth, Esq.
>Arnold & Porter LLP
>399 Park Avenue
>New York, NY 10022
>E-mail: peter.zimroth@aporter.com

Dated: 12/7/10