UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBS BROADCASTING INC.,
NBC STUDIOS LLC,
UNIVERSAL NETWORK TELEVISION, LLC,
NBC SUBSIDIARY (KNBC-TV) LLC,
TWENTIETH CENTURY FOX FILM CORPORATION,
FOX TELEVISION STATIONS, INC.,
ABC HOLDING COMPANY INC., and
DISNEY ENTERPRISES, INC.,

                     Plaintiffs,

-against-

FILMON.COM, INC.,

                     Defendant.

Civil Action No. 10-7532 (NRB)

[PLAINTIFFS' PROPOSED]
**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/11

The Court hereby orders that:

**~~Document Discovery~~:** ~~Absent further order of the Court, document discovery shall be completed by July 15,~~ 2011.

**Other Discovery:** Absent further order of the Court, *document discovery,* depositions, the submission of expert reports, expert depositions, and any other necessary discovery shall be completed by *August* ~~October~~ 15, 2011.

**Deadlines Following the Completion of Discovery:** Following the completion of discovery, counsel will propose, for the Court's approval, a schedule for the filing of dispositive motions, the submission of pretrial motions and proposed jury instructions, and trial. The parties are advised to comply with the Court's Individual Practices regarding motions and pretrial procedures.

**Status of Temporary Restraining Order and Plaintiffs' Motion for a Preliminary Injunction:** The temporary restraining order issued after a hearing on November 22, 2010 shall

remain in full force and effect, pending further order of the Court; upon written request of plaintiffs or defendant, the Court shall schedule a hearing on plaintiffs' motion for a preliminary injunction or on any request by defendant to vacate the temporary restraining order, and shall afford the parties a reasonable opportunity to submit further evidence and legal memoranda in support or in opposition to any such motions.

SO ORDERED.

Dated: April 20, 2011
New York, New York

Naomi Reice Buchwald
United States District Judge