Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBS BROADCASTING INC.,
NBC STUDIOS, INC.,
UNIVERSAL NETWORK TELEVISION, LLC,
NBC SUBSIDIARY (KNBC-TV), INC.
TWENTIETH CENTURY FOX FILM CORPORATION,
FOX TELEVISION STATIONS, INC.,
ABC HOLDING COMPANY INC.,
and DISNEY ENTERPRISES, INC.,

    Plaintiffs,

    v.

FILMON.COM, INC.,

    Defendant.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 6/7/2011 |

Case No. 1:10-cv-7532-NRB

### STIPULATION AND [PROPOSED] ORDER TO AMEND THE CAPTION

WHEREAS, plaintiff NBC Studios, Inc. has changed its name to "NBC Studios LLC" and plaintiff NBC Subsidiary (KNBC-TV), Inc. has changed its name to "NBC Subsidiary (KNBC-TV) LLC";

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the caption of this action be amended to reflect that plaintiff NBC Studios, Inc. has changed its name to NBC Studios LLC and plaintiff NBC Subsidiary (KNBC-TV), Inc. has changed its name to NBC Subsidiary (KNBC-TV) LLC. The new caption shall be as follows:

CBS BROADCASTING INC.,
NBC STUDIOS LLC,
UNIVERSAL NETWORK TELEVISION, LLC,
NBC SUBSIDIARY (KNBC-TV) LLC,
TWENTIETH CENTURY FOX FILM CORPORATION,
FOX TELEVISION STATIONS, INC.,
ABC HOLDING COMPANY INC.,
and DISNEY ENTERPRISES, INC.,

     Plaintiffs,

     v.

FILMON.COM, INC.,

     Defendant.

**Case No. 1:10-cv-7532-NRB**

STIPULATED AND AGREED:

Peter L. Zimroth
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
*peter.zimroth@aporter.com*

-- and --

Robert Alan Garrett
Hadrian R. Katz
C. Scott Morrow
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000
*robert.garrett@aporter.com*
*hadrian.katz@aporter.com*
*scott.morrow@aporter.com*

*Counsel for Plaintiffs*

Al J. Daniel, Jr., Esq.
Toby M.J. Butterfield, Esq.
Christopher J. Marino
COWAN, DEBAETS, ABRAMS &
SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474
*adaniel@cdas.com*
*tbutterfield@cdas.com*

*Counsel for Defendant*

2

SO ORDERED:

June 3, 2011
Dated:

Hon. Naomi Reice Buchwald
United States District Judge