08/10/2011 16:57 FAX 2129740912 CDAS ☒004/005

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CBS BROADCASTING INC., NBC STUDIOS, INC.
UNIVERSAL NETWORK TELEVISION, LLC, NBC
SUBSIDIARY (KNBC-TV), INC. TWENTIETH
CENTURY FOX FILM CORPORATION, FOX
TELEVISION STATIONS, INC., ABC HOLDING
COMPANY INC. and DISNEY ENTERPRISES, INC.,

                    Plaintiff,

    v.

FILMON.COM, INC.,

                    Defendants.

---

Civil Action No. 1:10-cv-7532 (NRB)

[PROPOSED]
AMENDED SCHEDULING
ORDER

The Court hereby amends its April 20, 2011 Scheduling Order and orders that:

    **Discovery:** Absent further order of the Court, document discovery, depositions, the submission of expert reports, expert depositions and any other necessary discovery shall be completed by November 15, 2011.

    **Deadlines Following the Completion of Discovery:** Following the completion of discovery, counsel will propose, for the Court's approval, a schedule for the filing of dispositive motions, the submission of pretrial motions and proposed jury instructions, and trial. The parties are advised to comply with the Court's Individual Practices regarding motions and pretrial procedures.

    **Status of Temporary Restraining Order and Plaintiffs' Motion for a Preliminary Injunction:** The temporary restraining order issued after a hearing on November 22, 2010 shall

{A071038.DOC/1}                    1

08/10/2011 16:57 FAX 2129740912      CDAS                                    ☒005/005

Remain in full force and effect, pending further order of the Court; upon written request of plaintiffs or defendant, the Court shall schedule a hearing on plaintiffs' motion for a preliminary injunction or on any request by defendant to vacate the temporary restraining order, and shall afford the parties a reasonable opportunity to submit further evidence and legal memoranda in support or in opposition to any such motions.

SO ORDERED:

Dated: _August 11_, 2011
New York, New York

_____
Naomi Reice Buchwald
United States District Judge

{A071038.DOC/1}                                 2