**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CBS BROADCASTING INC.,
CBS STUDIOS INC.,
BIG TICKET TELEVISION, INC.,
NBC STUDIOS LLC,
OPEN 4 BUSINESS PRODUCTIONS LLC,
UNIVERSAL NETWORK TELEVISION, LLC,
NBC SUBSIDIARY (KNBC-TV) LLC,
TWENTIETH CENTURY FOX FILM CORPORATION,
FOX TELEVISION STATIONS, INC.,
ABC HOLDING COMPANY INC.,
AMERICAN BROADCASTING COMPANIES, INC.,
and DISNEY ENTERPRISES, INC.,

Plaintiffs,

v.

FILMON.COM, INC.,

Defendant.

**Case No. 1:10-cv-7532-NRB**

**FIRST AMENDED COMPLAINT FOR DAMAGES AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF**

Plaintiffs CBS Broadcasting Inc., CBS Studios Inc., Big Ticket Television, Inc., NBC Studios LLC, Universal Network Television, LLC, NBC Subsidiary (KNBC-TV) LLC, Open 4 Business Productions LLC, Twentieth Century Fox Film Corporation, Fox Television Stations, Inc., American Broadcasting Companies, Inc., ABC Holding Company Inc., and Disney Enterprises, Inc., (collectively, "plaintiffs"), by their attorneys, complain and allege against defendant FilmOn.com, Inc. as follows:

**NATURE OF THE ACTION**

1. At least as early as September 27, 2010, defendant has been streaming over the Internet, to subscribers located throughout at least the United States, numerous broadcast television stations and the copyrighted programming on those stations – all without the consent of the affected stations or copyright owners. Defendant's actions are similar to those of the defendants in *WPIX, Inc. v. ivi, Inc.*, No. 1:10-cv-07415-NRB (S.D.N.Y., filed Sep. 28, 2010), in which the plaintiffs here are among the complainants. The purpose of this action is to restrain defendant from exploiting without authorization, and violating plaintiffs' rights in, some of the most valuable intellectual property created in the United States.

2. Defendant offers and sells online access, via the website http://www.filmon.com, to the signals of broadcast television stations owned by plaintiffs and others and to stations on which the plaintiffs' copyrighted programming is shown. Defendant is providing this commercial service featuring plaintiffs' programming twenty-four hours a day, every day, without the authorization of any of the affected stations or copyright owners.

3. Defendant launched its infringing Internet TV service to coincide with the start of the new fall television season, thereby misappropriating some of the most important copyrighted content at a critical time of the year. Defendant markets real-time access to copyrighted programming throughout the United States.

4. Unless restrained by this Court, the loss of control over the distribution of plaintiffs' broadcast signals and copyrighted programming, the preemption of plaintiffs' opportunities to license content over new media, and the other unlawful conduct contemplated by defendant threatens plaintiffs with substantial irremediable losses.

5. Plaintiffs ask that the Court preliminarily and permanently enjoin defendant's unlawful conduct and award damages arising out of defendant's unlawful conduct.

**JURISDICTION AND VENUE**

6. This action arises under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

7. This Court has exclusive subject matter jurisdiction under 28 U.S.C. § 1338, with respect to plaintiffs' copyright claims.

8. Defendant transacts business in the District over the Internet. It operates a website, FilmOn.com, that offers goods and services to users in this District, New York, and across the country, for a fee. Defendant's website offers various subscription services to customers in New York including the $9.99 per month "Pure Pack."

9. Venue is properly laid in this District under 28 U.S.C. §§ 1391 (b) and (c) and 1400 (a).

**THE PARTIES**

10. Plaintiff CBS Broadcasting Inc. ("CBS") is a New York corporation with its principal place of business at 51 West 52nd Street, New York, New York. CBS is actively engaged in the production and distribution of television programs and other copyrighted works – including programs CBS transmits to numerous broadcast television stations in the United States that are affiliated with its CBS Television Network, including stations that it owns and operates. CBS grants these stations the right to broadcast programming within their communities of license. The FCC has licensed CBS to operate the television station identified by the call letters KCBS-TV ("KCBS"), the signal of which is broadcast to viewers over-the-air in the Los Angeles market. Cable systems, satellite services and other multichannel video programming distributors

also make KCBS transmissions available to their subscribers upon negotiating for the right to do so under Section 325 of the Communications Act, 47 U.S.C. § 325.

11.     Plaintiff CBS Studios Inc. ("CBS Studios") is a Delaware corporation with its principal place of business at 51 West 52nd Street, New York, New York, and is an indirect wholly-owned subsidiary of CBS Corporation, the parent company of plaintiff CBS. CBS Studios is actively engaged in the worldwide production and distribution of copyrighted entertainment products, including programs that television broadcast stations and other media outlets transmit or retransmit to the public.

12.     Plaintiff Big Ticket Television, Inc. ("Big Ticket Television") is a Delaware corporation with its principal place of business at 2401 Colorado Avenue, Santa Monica, California, and is an indirect wholly-owned subsidiary of CBS Corporation, the parent company of plaintiff CBS. Big Ticket Television is actively engaged in the production of television programs, including programs that are transmitted to numerous broadcast stations in the United States.

13.     Plaintiff NBC Studios LLC, formerly known as NBC Studios, Inc. ("NBC Studios"), is a New York limited liability company with its principal place of business at 100 Universal City Plaza, Universal City, California, and is a wholly-owned subsidiary of NBCUniversal Media, LLC.  NBC Studios is actively engaged in the production and licensed distribution of television programs, including programs that are transmitted to numerous broadcast stations in the United States affiliated with the NBC Television Network and distributed elsewhere in the world.

14.     Plaintiff Open 4 Business Productions LLC ("Open 4 Business") is a Delaware limited liability company with its principal place of business at 100 Universal City Plaza,

Universal City, California, and is an indirect wholly-owned subsidiary of NBCUniversal Media, LLC. Open 4 Business is actively engaged in the production and licensed distribution of television programs, including programs that are transmitted to numerous broadcast stations in the United States affiliated with the NBC Television Network and distributed elsewhere in the world.

15. Plaintiff Universal Network Television, LLC ("UNT") is a Delaware limited liability company with its principal place of business at 100 Universal City Plaza, Universal City, California, and is an indirect wholly-owned subsidiary of plaintiff NBCUniversal Media, LLC. UNT is actively engaged in the production and licensed distribution of television programs, including programs that are transmitted to numerous broadcast stations in the United States affiliated with the NBC Television Network and distributed elsewhere in the world.

16. Plaintiff NBC Subsidiary (KNBC-TV), LLC ("KNBC"), is a Delaware limited liability company with its principal place of business at 3000 W. Alameda Ave., Burbank, California. KNBC owns and operates the television station KNBC-TV, an FCC-licensed broadcast station that broadcasts to viewers over-the-air on channel 4 in the Los Angeles market. KNBC is actively engaged, among other things, in the production and distribution of television programs and other copyrighted works, including local news programming. Cable systems, satellite services and other multichannel video programming distributors also make KNBC transmissions available to their subscribers upon negotiating for the right to do so under Section 325 of the Communications Act, 47 U.S.C. § 325.

17. Plaintiff Twentieth Century Fox Film Corporation ("Fox") is a Delaware corporation with its principal place of business at 10201 W. Pico Blvd., Los Angeles, California. Fox (together with its subsidiaries and affiliates) is actively engaged in the worldwide production

and distribution of copyrighted entertainment products, including programs that television broadcast stations and other media outlets transmit or retransmit to the public. Fox typically grants these stations and TV networks licenses to broadcast programming on these stations within their local markets only.

18. Plaintiff Fox Television Stations, Inc. ("Fox TV") is a Delaware corporation with its principal place of business at 1211 Avenue of the Americas, New York, New York. Fox TV owns and operates many local broadcast television stations. These stations are actively engaged in the production and distribution of television programs and other copyrighted works in the United States. Among the Fox TV stations is the television station with the call letters KTTV ("KTTV"), the signal of which is broadcast to viewers over-the-air in the Los Angeles market. The FCC has licensed Fox TV to operate KTTV. Cable systems, satellite services and other multichannel video programming distributors also make KTTV transmissions available to their subscribers upon negotiating for the right to do so under Section 325 of the Communications Act, 47 U.S.C. § 325.

19. Plaintiff American Broadcasting Companies, Inc. ("ABC") is a Delaware corporation with its principal place of business at 77 West 66th Street, New York, New York, and does business as the ABC Television Network and as WABC-TV. ABC is actively engaged in the production and distribution of television programs and other copyrighted works, including programs ABC transmits to numerous broadcast television stations that it owns and operates, and other stations that are affiliated with its ABC Television Network, in the United States. ABC grants these stations the right to broadcast programming within their communities of license. ABC is a wholly-owned, indirect subsidiary of plaintiff Disney Enterprises, Inc.

20. Plaintiff ABC Holding Company Inc., doing business as KABC-TV, is a Delaware company with its principal place of business in Burbank, California. It holds the FCC license for KABC-TV, which is broadcast to viewers over-the-air in the Los Angeles market. Cable systems, satellite services and other multichannel video programming distributors also make KABC-TV transmissions available to their subscribers upon negotiating for the right to do so under Section 325 of the Communications Act, 47 U.S.C. § 325.

21. Plaintiff Disney Enterprises, Inc. ("DEI") is a Delaware corporation with its principal place of business at 500 S. Buena Vista Street, Burbank, California. DEI is actively engaged in the licensing of its copyrighted properties, and certain of its affiliates are engaged in the worldwide production and distribution of copyrighted entertainment products, including programs that television broadcast stations and other media outlets transmit or retransmit to the public.

22. On information and belief, defendant FilmOn.com, Inc. is a Delaware corporation with its principal place of business in Los Angeles, California.

**NATURE OF DEFENDANT'S UNLAWFUL CONDUCT**

23. On or before September 27, 2010, defendant began operating its for-profit commercial service that provides subscribers with online access to all of the programming telecast by numerous broadcast television stations (collectively, the "Stations") and several cable television networks.

24. Upon information and belief, defendant captures the signals of the Stations in its local markets, transmits those signals to defendant's servers, and then streams the signals over the Internet to customers.

25. To take advantage of defendant's service, including access to all of the programming on the Stations, an individual with Internet access need only (a) access the FilmOn website (http://www.filmon.com/) on his or her computer; (b) download software necessary for viewing the pirated content; (c) subscribe to the FilmOn service; (d) agree to the terms of an end user license; and (e) pay the defendant a fee. The principal pages of the FilmOn website explaining this are attached hereto as Exhibit 1.

26. A FilmOn subscriber may download, install and use on a computer (or other applicable device) the "FilmOn HDi Player" application. That application allows the subscriber to access the television programming exhibited by the Stations and all of the other broadcast television stations that defendant streams. FilmOn offers various subscription services to customers including the $9.99 per month "Pure Pack."

27. Defendant has not obtained the authorization of plaintiffs to stream over the Internet the signals of the Stations or the programming broadcast by it, which includes copyrighted content owned by plaintiffs.

28. Defendant's press release on September 27, 2010 advertises "over 30 premium free to air television channels. . . including CBS, ABC, NBC. . ." Press Release, Sept. 27, 2010, Exhibit 2.

**COUNT ONE**
**COPYRIGHT INFRINGEMENT**

29. Plaintiffs hereby incorporate by reference and reallege each and every allegation of paragraphs 1 through 28 above.

30. Plaintiffs (and/or their parents, subsidiaries or affiliates) are the legal or beneficial owners of the copyrights in numerous programs that have been, or will be, exhibited over broadcast television stations and a variety of other media outlets. A non-exhaustive list of such

television programs, identifying representative examples of programs in which plaintiffs (and/or their parents, subsidiaries or affiliates) own the pertinent copyright interests, is set forth in Exhibit 3 ("TV Programs").

31.     Each such TV Program is an original audiovisual work that has been or will be fixed in a tangible medium of expression and constitutes copyrightable subject matter within the meaning of Section 102 of the Copyright Act, 17 U.S.C. § 102. Each such TV Program has been or will be registered with the United States Copyright Office or is the subject of an application for registration filed with the Copyright Office. Representative examples of the copyright registration certificates or other documentation demonstrating compliance with Sections 408(f) and 411 of the Copyright Act, 17 U.S.C. §§ 408 (f) & 411, and implementing Copyright Office regulations, corresponding to the TV Programs identified in Exhibit 3, are attached hereto as Exhibits 4 and following.

32.     Each TV Program has been created or licensed for exhibition by plaintiffs (and/or their parents, subsidiaries or affiliates), the transmissions of which the defendant is streaming without authorization as part of the FilmOn.com service. On information and belief, defendant has streamed or will stream, as part of FilmOn.com's unauthorized service, each TV Program and numerous other works in which plaintiffs own copyrights.

33.     Under Section 106 of the Copyright Act, 17 U.S.C. § 106, plaintiffs (and/or their parents, subsidiaries or affiliates) own the exclusive rights, among others, to reproduce in copies their copyrighted works, to distribute copies to the public of their copyrighted works, to publicly perform their copyrighted works, to publicly display their copyrighted works, and to make derivative works based upon their copyrighted works.

34. Under Section 106 of the Copyright Act, 17 U.S.C. § 106, plaintiffs (and/or their parents, subsidiaries or affiliates) also own the exclusive rights to authorize others to exercise the rights set forth in the preceding paragraph 33.

35. Neither the plaintiffs nor any other person authorized by plaintiffs have granted any license, permission or authorization to defendant to exercise any of the rights set forth in paragraph 33 or to authorize others to exercise such rights, respecting the TV Programs or any other works in which plaintiffs (and/or their parents, subsidiaries or affiliates) own copyrights.

36. In offering the FilmOn.com service, defendant has exercised and will exercise (or have authorized or will authorize others to exercise) one or more of plaintiffs' exclusive rights set forth in paragraph 33 respecting the TV Programs and other works in which plaintiffs (and/or their parents, subsidiaries or affiliates) own copyrights.

37. Defendant has committed and will commit each act of copyright infringement with the knowledge that it was not authorized to exercise any of the rights (or authorize others to exercise any of the rights) set forth in paragraph 33 respecting the TV Programs and other works in which plaintiffs (and/or their parents, subsidiaries or affiliates) own copyrights. Defendant's conduct thus has constituted and will constitute willful copyright infringement.

38. As a result of defendant's willful copyright infringement, plaintiffs have been and are being irreparably harmed.

39. Unless restrained by the Court, defendant will continue to engage in such willful copyright infringement.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiffs pray that this Court enter judgment in plaintiffs' favor and against defendant as follows:

A. Adjudge and declare, pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 (a) & 2202, that defendant has infringed plaintiffs' copyrights in violation of 17 U.S.C. § 101 *et seq.*, by operating the FilmOn.com service and engaging in the conduct described above;

B. Issue a preliminary and permanent injunction enjoining and restraining defendant and its officers, agents, servants, and employees and all those in active concert or participation with them, from infringing plaintiffs' exclusive rights under the Copyright Act by offering the FilmOn.com service and engaging in the conduct described above;

C. Award plaintiffs their damages, costs and reasonable attorneys' fees in accordance with 17 U.S.C. §§ 504 and 505 and other applicable law;

D. Award such other and further relief as the Court shall deem just and appropriate.

By: [signature]

Peter L. Zimroth
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York
(212) 715-1000
*peter.zimroth@aporter.com*

-- and --

Robert Alan Garrett
Hadrian R. Katz
C. Scott Morrow
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000
*robert.garrett@aporter.com*
*hadrian.katz@aporter.com*
*scott.morrow@aporter.com*

*Counsel for Plaintiffs*

Dated: September 6, 2011.

FilmOn
Watch Live TV HD!
Subscribe Now!
Play BattleCam!
Live TV now!
Getting started is as easy as 1, 2, 3:
1 Download it.
2 Try it.
3 Sign up!
FREE DOWNLOAD
What people are watching:
NBC
abc
KVCR
Bloomberg
FIVE
CBS
SKY NEWS
BATTLE FOR FAME, FORTUNE & FUN!
PLAY NOW!

FilmOn
Watch Live TV HDi
Subscribe Now!
Play BattleCam!
Rent our HDi Player now and watch live Television and Movie Channels in HD!
We can offer you FilmOn HDi Player and Network Delivery in these incredible packages!
PURE PACK - 1 MONTH HDi Player access
Price: $9.95
BUY!
PURE PACK - 12 MONTHS of HDi Player Usage
Price: $99.00
BUY!
NBC
FOX HD
About Us
Watch Live

Watch live TV in HD. Pay per view and HD movies on demand. The ultimate virtual TV ... Page 1 of 3

Register Now Subscriptions Support

## Rent our HDi Player now and watch live Television and Movie Channels in HD!

We can offer you FilmOn HDi Player and Network Delivery in these incredible packages!

Show Packages

| Channel title | PURE PACK - 1 MONTH HDi Player access | PURE PACK - 12 MONTHs of HDi Player Usage |
|---|---|---|
| 2 month free membership | | |
| Adult Channels | | |
| Movies in HDi | | |
| Live TV in HDi | | |
| Adult XXX | | |
| Al Jazeera | | |
| FilmOn Movie | | |
| FilmOn Kids | | |
| Viva | | |
| FilmOn Martial Arts | | |
| FilmOn Beauty | | |
| FilmOn Oldies | | |
| Playboy | | |
| FilmOn Horror | | |
| Food Network | | |
| Psychic TV | | |
| TVE - Spain | | |

http://www.filmon.com/tv/?mid=13&a=get_tab_content&content=subscriptions 10/1/2010

Watch live TV in HD. Pay per view and HD movies on demand. The ultimate virtual TV ... Page 2 of 3

| | | |
|---|---|---|
| Flava | | |
| BBC News | | |
| BebeWorld | | |
| B4U - Indian Pop | | |
| Universal Sports | | |
| Ion Television | | |
| Channel title | PURE PACK - 1 MONTH HDI Player access | PURE PACK - 12 MONTHs of HDI Player Usage |
| Scuzz | | |
| Flaunt | | |
| Sky Sports News | | |
| FilmOn 24-7Clubber | | |
| Adult Gay | | |
| FilmOn Music | | |
| Adult Barely Legal | | |
| Dubai Sports | | |
| Bloomberg | | |
| Pay-per-view I | | |
| Pay-per-view II | | |
| Rai Sport | | |
| Russia Today | | |
| 4 Music | | |
| | | |

http://www.filmon.com/tv/?mid=13&a=get_tab_content&content=subscriptions 10/1/2010

Watch live TV in HD. Pay per view and HD movies on demand. The ultimate virtual TV ... Page 3 of 3

| Sky News | | |
|---|---|---|
| FilmOn XXX Latina | | |
| CNN | | |
| JSC Sport Global | | |
| KOCE | | |
| CBS LA | | |
| Channel title | PURE PACK - 1 MONTH HDi Player access | PURE PACK - 12 MONTHs of HDI Player Usage |
| ABC 7 | | |
| NBC4 LA Extra | | |
| KCAL-TV | | |
| KTTV - FOX 11 | | |
| KCET | | |
| CLUBLAND TV | | |
| Wedding TV | | |
| Horse and Country | | |
| NBC HD | | |
| Prices | [illegible] | [illegible] |

About Us

- About us
- Corp site
- Privacy & Policy
- Terms & Conditions

Watch Live

- Main Cam
- Top Users

filmon content systems plc

© 2010 FilmOn Content Systems Plc. All rights reserved.

http://www.filmon.com/tv/?mid=13&a=get_tab_content&content=subscriptions 10/1/2010

New User? Register | Sign In | Help Upgrade to Safer IE8 Yahoo! Mail

YAHOO! FINANCE

HOME INVESTING NEWS & OPINION PERSONAL FINANCE MY PORTFOLIOS TECH TICKER

streaming quotes: ON

GET QUOTES Finance Search

Fri, Oct 1, 2010, 2:41PM EDT - U.S. Markets close in 1 hr 19 mins

# Billionaire Alki David Launches First Internet Based True HD Television Service in the United States

FilmOn Debuts Entertainment Revolution With True HD Television Online

Free Live HD Player Download Available Now

Share retweet 1 Email Print

## Top Stories

- Trading Software Sparked Flash Crash, Report Says - CNNMoney
- Ford says sales up, lifted by redesigned vehicles - AP
- Stocks seesaw after data shows growth remains slow - AP
- Even higher capital levels proposed for biggest banks - CNBC

Quickly preview your stock portfolios without leaving the page you're on. Get Yahoo! Toolbar

WITH SCHWAB BANK, PAY NO ATM FEES. ANYWHERE.

## Tech Ticker Recent Posts

- Bankruptcy "Only Way Out" for Struggling State and Local Govts, Bond Fund Manager Says - Peter Gorenstein
- 2011 Outlook: Deflation and Dow 4200 Followed by "Wave of Refinancings" - Aaron Task
- "Great Recession" Pushes Gap Between Rich and Poor to Record Levels - Aaron Task

View More

## Subscribe to Topics

Top Stories

MY YAHOO! Add Alert

See all RSS links

ADVERTISEMENT
Go Back To School
Grant Funding May Be Available To Those Who Qualify.
Select Your Birth Year:
1985
See Degrees Now

Copyright © 2010 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.



Press Release Source: FilmOn.com Inc. On Monday September 27, 2010, 11:31 pm EDT

LOS ANGELES, Sept. 27 /PRNewswire/ -- Following its successful launch in the U.K. in 2009, FilmOn.com, the first online High Definition Television provider, today announces the public launch of its U.S. Virtual Cable Website, FilmOn.com (http://www.FilmOn.com/). The announcement was made today by FilmOn, Inc. Founder and Chairman Alki David.

FilmOn.com offers U.S. consumers a revolutionary way to watch HD Television on the PC or mobile device. The Los Angeles-based service includes over 30 premium free to air television channels and premium international Satellite channels, including CBS, ABC, NBC, KCAL, FOX, KTLA, Russia Today, BBC News, RAI Sports, Dubai Sports, TVE Spain, SCUZZ , FLAUNT and many more. Packages also include premium FilmOn movie channels and FilmOn pay-per-view.

Starting today, consumers can download the free HDi Player at FilmOn.com and instantly start watching a large selection of live television channels and premium movie channels from their PC or mobile device. A trial service is available prior to registration.

To begin watching their favorite channels in real HD over basic broadband, users pay a monthly subscription fee of $9.95. The average home broadband speed in America is approximately 5 Mb per second. HD video speed from the FilmOn service runs under 1 Mb per second. Customers can also watch in lower speeds on their mobile broadband devices but still in HD quality picture and Dolby 5.1 stereo sound.

The FilmOn platform provides data analysis supported by standardized television and internet industry ratings systems. This data provides broadcasters and advertisers with highly advanced reporting on audience behavior.

"Our platform is designed to be easily customized for broadcasters and advertisers who wish to get into the online broadcast business quickly and with minimal expense. FilmOn is currently in negotiations with all major cable providers and plans to provide complete syndicated cable television services throughout the U.S. in 2011," said Alki David, Chairman of FilmOn, Inc.

"FilmOn represents cable television without the cables and cable boxes, delivering the service through mobile devices including Android and iPhone, in real HD quality. Customers can also hook-up their PC's to enjoy the FilmOn HDi service on their existing home entertainment systems." said Alex Hartman, Executive Vice President of FilmOn.com Inc.

FilmOn.com offers additional features which are upgraded regularly to the player to enhance viewing experiences, including full-screen view, electronic program guide, Digital Video Recorder and much more.

Through its social networking platform BattleCam.com, FilmOn offers features that enable users to easily broadcast live, clip, share and embed videos on other web sites, including blogs and social networking sites. Additionally, FilmOn.com's search feature helps users to find premium video content online even if it is not directly available on FilmOn.com.

FilmOn.com TV has been in public beta since October 2009. The response from customers has exceeded management expectations. Several million viewers have watched television via FilmOn.com.

FilmOn gives advertisers the opportunity to connect their brands with premium content online, interact with highly engaged consumers and extend their reach via FilmOn.com's partners. Additionally, FilmOn offers and is committed to the continued development of new and innovative online advertising experiences. Currently, FilmOn advertisers include: Coca-Cola, Best Buy, Google, GM, Intel, Nissan Unilever, Wal-Mart and others.

**ABOUT FilmOn.com Inc.**

FilmOn.com Inc. was founded in March 2009 by FilmOn.com Plc, a Berlin-listed public company (2F0A-BER) and is operated independently by a dedicated U.S. management team with offices in Los Angeles and London..

**ABOUT Alki David**

Having starred in several films and television series, such as THE BANK JOB and THE GRID, Alki David is also listed as the 45th richest man in the United Kingdom by Times Magazine's "Rich List." He is a serial internet entrepreneur and shipping magnate. Most recently, David received national attention when he publicly offered a prize of $1 million to anyone who streaks naked before President Obama, as a promotion for FilmOn's social networking site BattleCam.com.

MEDIA CONTACTS
Stephanie Molina
310-854-8322
smolina@rogersandcowan.com

There are no comments yet

Billionaire Alki David Launches First Internet Based True HD Television Service in the ... Page 3 of 3

## Post a Comment

Sign in to post a comment, or Sign up for a free account.

Sponsored Links

Los Angeles Movers
Find Movers & Moving Services serving the Los Angeles area today.
yellowpages.com

American Van Lines
Read reviews for this business with directions, offers and more
Losangeles.Citysearch.com
stock market traders
Trade stocks, options, futures and Bonds online with optionsXpress.
optionsXpress.com

preowned 2008 truck at Yahoo!
Find Los Angeles area used Honda car dealers and get a free quote.
www.promotions.yahoo.com/honda

YAHOO! FINANCE

- Banking & Budgeting
- Calculators
- Currency
- ETFs
- Experts
- Investing
- Insurance
- Market Stats
- Message Boards
- Mobile
- Personal Finance
- What's New

ALSO ON YAHOO!

- Autos
- Finance
- Flickr
- Games
- Groups
- Health
- Hot Jobs
- Mail
- Maps
- Movies
- Music
- My Yahoo!
- News
- Shopping
- Sports
- Travel
- TV
- Video

» All Y! Services

THINGS TO DO

- Read Our Blog
- Finance on Your Phone
- Check Home Values
- Find a New Car
- Search Jobs Across the Web

YAHOO! FINANCE WORLDWIDE

Argentina Australia Brazil Canada China Chinese France French Canada Germany
Hong Kong India Italy Japan Korea Mexico New Zealand Singapore Spain Spanish Taiwan UK & Ireland USA

Copyright © 2010 Yahoo! All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright Policy - Report Problems - Yahoo! News Network
Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fundAnalyst estimates data provided by Thomson Financial Network. All data povided by Thomson Financial Network is based solely upon research information provided by third party analysts. Yahoo! has not reviewed, and in no way endorses the validity of such data. Yahoo! and ThomsonFN shall not be liable for any actions taken in reliance thereon.

http://finance.yahoo.com/news/Billionaire-Alki-David-prnews-2382559466.html?x=0&.v=2 10/1/2010

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| The Simpsons Series - Marge vs. The Monorail | 9/30/2010 | KTTV | Twentieth Century Fox Film Corporation | Exhibit 4 |
| The Simpsons Series - Boy-Scoutz N the Hood | 9/30/2010 | KTTV | Twentieth Century Fox Film Corporation | Exhibit 5 |
| The Simpsons - Slema's Choice | 10/01/2010 | KTTV | Twentieth Century Fox Film Corporation | Exhibit 6 |
| The Simpsons - The Last Temptation of Homer | 10/01/2010 | KTTV | Twentieth Century Fox Film Corporation | Exhibit 7 |
| Fox 11 Ten O'Clock News | 10/04/2010 | KTTV | Fox Television Stations, Inc. | Exhibit 8 |
| Fox 11 Ten O'Clock News | 10/05/2010 | KTTV | Fox Television Stations, Inc. | Exhibit 8 |
| Fox 11 Ten O'Clock News | 10/06/2010 | KTTV | Fox Television Stations, Inc. | Exhibit 8 |
| Fox 11 Ten O'Clock News | 10/07/2010 | KTTV | Fox Television Stations, Inc. | Exhibit 8 |
| Cougar Town "Let Yourself Go" | 9/29/2010 | KABC | Disney Enterprises, Inc. | Exhibit 9 |
| Grey's Anatomy "Shock To The System" | 9/30/2010 | KABC | Disney Enterprises, Inc. | Exhibit 10 |
| Disney's The Emperor's New School 1-21 "Yzmopolis" | 10/02/2010 | KABC | Disney Enterprises, Inc. | Exhibit 11 |
| The Replacements 1-01 "Todd Strikes Out / The Jerky Girls" | 10/02/2010 | KABC | Disney Enterprises, Inc. | Exhibit 12 |
| That's So Raven 4-14 "Members Only" | 10/02/2010 | KABC | Disney Enterprises, Inc. | Exhibit 13 |
| That's So Raven 4-18 "Rae Of Sunshine" | 10/02/2010 | KABC | Disney Enterprises, Inc. | Exhibit 14 |
| Hannah Montana 1-20 "Debt It Be" | 10/02/2010 | KABC | Disney Enterprises, Inc. | Exhibit 15 |
| The Suite Life Of Zack & Cody 1-24 "Boston Holiday" | 10/02/2010 | KABC | Disney Enterprises, Inc. | Exhibit 16 |
| The Office - Whistleblower | 9/16/2010 | KNBC | Universal Network Television, LLC | Exhibit 17 |
| Saturday Night Live #1575 | 9/13/2010 | KNBC | NBC Studios, Inc. | Exhibit 18 |
| CBS Evening News with Katie Couric | 10/04/2010 | KCBS | CBS Broadcasting Inc. | Exhibit 19 |

| PROGRAM TITLE | BROADCAST DATE | STATION | COPYRIGHT OWNER | REGISTRATION |
|---|---|---|---|---|
| CBS Evening News with Katie Couric | 10/05/2010 | KCBS | CBS Broadcasting Inc. | Exhibit 19 |
| CBS Evening News with Katie Couric | 10/05/2010 | KCBS | CBS Broadcasting Inc. | Exhibit 19 |
| CBS Evening News with Katie Couric | 10/05/2010 | KCBS | CBS Broadcasting Inc. | Exhibit 19 |
| Channel 4 News at 11pm | 10/04/2010 | KNBC | NBC Subsidiary (KNBT-TV), Inc. | Exhibit 20 |
| Channel 4 News at 11pm | 10/04/2010 | KNBC | NBC Subsidiary (KNBT-TV), Inc. | Exhibit 20 |
| 90210 - Show # 304 "The Bachelors" | 10/04/2010 | KTLA | CBS Studios Inc. | Exhibit 21 |
| Judge Judy - Show # 3532 | 10/18/2010 | KCBS | Big Ticket Television, Inc. | Exhibit 22 |
| Touched By An Anglo (Outsourced) | 10/21/2010 | KNBC | Open 4 Business Productions, LLC | Exhibit 23 |
| America's Funniest Home Videos | 11/07/2010 | KABC | American Broadcasting Companies, Inc. | Exhibit 24 |

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA** 
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 601 151

PA PAU

EFFECTIVE DATE OF REGISTRATION

MAR 05 1993
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
THE SIMPSONS Series - MARGE VS. THE MONORAIL Episode

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
TELEVISION MOTION PICTURE (9F10)

**2**

**NAME OF AUTHOR ▼**
a Twentieth Century Fox Film Corporation

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work

**NOTE**
Under the law, the "author" of a work made for

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

057064400
*057064400*

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a 1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b Complete this information ONLY if this work has been published.
Month ▶ 1 Day ▶ 14 Year ▶ 1993
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Twentieth Century Fox Film Corporation
P.O. Box 900
Beverly Hills, California 90213

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED MAR 05 1993
ONE DEPOSIT RECEIVED MAR 05 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE

PA 601 151

EXAMINED BY BB\SBW

CHECKED BY

FORM PA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
XX Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

XX This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ PAU 1-642-151 **Year of Registration** ▼ 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Television screenplay

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other cinematographic material

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Twentieth Century Fox Film Corporation

Account Number ▼ DA 011185

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jane Sunderland
Fox Inc.
P.O. Box 900
Beverly Hills, California 90213

Area Code & Telephone Number ▶ (310) 203-1163

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

X authorized agent of Twentieth Century Fox Film Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jane Sunderland date ▶ 3 Mar 1993

Handwritten signature (X) ▼ Jane Sunderland

**9**

**MAIL CERTIFICATE TO**

Name ▼ Jane Sunderland
Intellectual Property Department

Number/Street/Apartment Number ▼ Fox Inc.
P.O. Box 900

City/State/ZIP ▼ Beverly Hills, California 90213

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/0

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Barbara Ringer

ACTING REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

NOV 29 1993

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE SIMPSONS Series - BOY-SCOUTZ N THE HOOD Episode

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE (1F06)

**2**

**NOTE**
Under the law, the "author" of a

**a NAME OF AUTHOR ▼**
Twentieth Century Fox Film Corp.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work

**b NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 11 Day ▶ 18 Year ▶ 1993
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Twentieth Century Fox Film Corp.
P.O. Box 900
Beverly Hills, California 90213

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
NOV 29 1993

ONE DEPOSIT RECEIVED
NOV 29 1993

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- See detailed instructions
- Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

X☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

X☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: PAU 1-749-225 Year of Registration: 1993

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Television screenplay

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

All other cinematographic material

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: Twentieth Television Account Number: DA 073032

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip

Stacy D. Lifton, Esq.
Fox Inc.
P.O. Box 900
Beverly Hills, California 90213

Area Code & Telephone Number: (310) 203-4722

Be sure to give your daytime phone number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

X☐ authorized agent of Twentieth Century Fox Film Corp.

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date. If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jane Sunderland date: 23 Nov 1993

Handwritten signature (X): Jane Sunderland

**9**

**MAIL CERTIFICATE TO**

Name: Jane Sunderland
Intellectual Property Department

Number/Street/Apartment Number: Fox Inc.
P.O. Box 900

City/State/ZIP: Beverly Hills, California 90213

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 601 122

PA PAU

EFFECTIVE DATE OF REGISTRATION

Mar 5 1993
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
THE SIMPSONS Series - SELMA'S CHOICE Episode

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
TELEVISION MOTION PICTURE (9F11)

**2**

a NAME OF AUTHOR ▼
Twentieth Century Fox Film Corporation

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*0570644111*
0570644111

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 1 Day ▶ 21 Year ▶ 1993
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
Twentieth Century Fox Film Corporation
P.O. Box 900
Beverly Hills, California 90213

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAR 05 1993
ONE DEPOSIT RECEIVED MAR 05 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

PA 601 122

EXAMINED BY

FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

XX Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

XX This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ PAU 1-664-902 **Year of Registration** ▼ 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Television screenplay

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other cinematographic material

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Twentieth Century Fox Film Corporation

Account Number ▼ DA 011185

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jane Sunderland
Fox Inc.
P.O. Box 900
Beverly Hills, California 90213

Area Code & Telephone Number ▶ (310) 203-1163

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

X authorized agent of Twentieth Century Fox Film Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jane Sunderland date ▶ 3 Mar 1993

Handwritten signature (X) ▼ Jane Sunderland

**9**

**MAIL CERTIFICATE TO**

Name ▼ Jane Sunderland
Intellectual Property Department

Number/Street/Apartment Number ▼ Fox Inc.
~~P.O. Box 900~~

City/State/ZIP ▼ Beverly Hills, California 90213

**Certificate will be mailed in window envelope**

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/9

# CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Barbara Ringer
ACTING REGISTER OF COPYRIGHTS
*United States of America*

PA 661-367

PA PAU

EFFECTIVE DATE OF REGISTRATION
DEC 20 1993
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
THE SIMPSONS Series - THE LAST TEMPTATION OF HOMER Episode

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
TELEVISION MOTION PICTURE (1F07)

**2**

a NAME OF AUTHOR ▼
Twentieth Century Fox Film Corp.
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work

NOTE
Under the law,

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*061133493*

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 12 Day ▶ 9 Year ▶ 1993
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Twentieth Century Fox Film Corp.
P.O. Box 900
Beverly Hills, California 90213

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED DEC 20 1993
ONE DEPOSIT RECEIVED DEC 20 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY [signature/initials] FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

XX ☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

XX ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

pending

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Television screenplay

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other cinematographic material

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

Twentieth Television DA 073032

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Stacy D. Lifton, Esq.
Fox Inc.
P.O. Box 900
Beverly Hills, California 90213

Area Code & Telephone Number ▶ (310) 203-4722

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

X ☐ authorized agent of Twentieth Century Fox Film Corp.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jane Sunderland date ▶ 15 Dec 1993

Handwritten signature (X) ▼ Jane Sunderland

**9**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Jane Sunderland
Intellectual Property Department

Number/Street/Apartment Number ▼
Fox Inc.

City/State/ZIP ▼
P.O. Box 900
Beverly Hills, California 90213

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500



FOX GROUP
A UNIT OF NEWS CORPORATION

P.O. Box 900
Beverly Hills, California 90213-0900
Phone 310 369 4921
e-mail: elizabeth.valentina@fox.com

**Elizabeth Valentina**
Senior Counsel
Content Protection Litigation

October 1, 2010

**VIA FIRST CLASS MAIL**

To: FilmOn.com, Inc.
c/o NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DRIVE
SUITE 101
DOVER, DE, 19904

**ADVANCE NOTICE OF POTENTIAL INFRINGEMENT**

On behalf of Fox Television Stations, Inc. ("Fox TV"), we submit this advance notice of potential infringement pursuant to Section 411(c) (formerly 411(b)) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22 (2009).

The Federal Communications Commission has licensed Fox TV to operate the television station identified by the call letters KTTV, the signal of which is broadcast to viewers over-the-air on channel 11 in the Los Angeles market. Next week, KTTV will telecast the following programs:

| Program | Date | Time (Pacific Standard Time) |
|---|---|---|
| Fox 11 Ten O'Clock News | October 4, 2010 | 10:00 p.m. – 11:00 p.m. |
| Fox 11 Ten O'Clock News | October 5, 2010 | 10:00 p.m. – 11:00 p.m. |
| Fox 11 Ten O'Clock News | October 6, 2010 | 10:00 p.m. – 11:00 p.m. |
| Fox 11 Ten O'Clock News | October 7, 2010 | 10:00 p.m. – 11:00 p.m. |

Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission. Fox TV which will be considered the author of these works upon their fixation, intends to secure a copyright in these telecasts upon their fixation and to file an application for copyright registration in such telecasts within three months of their first transmission.

Your streaming, over the Internet, these telecasts to subscribers from the website located at www.FilmOn.com or any other website owned or controlled by you, would, if carried out, result in an infringement of the copyright in such telecasts. Fox TV objects to such activities which, if carried out, would subject you to liability for copyright infringement. In view of this notice, such infringement would be willful.

This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims and remedies available to Fox TV, whether legal or equitable in nature, all of which are expressly reserved.

Sincerely,

Elizabeth Valentina

*-APPLICATION-*

## Title

Title of Work: COUGAR TOWN "LET YOURSELF GO" (202)

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: September 29, 2010 Nation of 1st Publication: United States

## Author

- Author: ABC Studios

Author Created: Entire motion picture.

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: DISNEY ENTERPRISES, INC.

500 S. Buena Vista St., Burbank, CA, 91521, United States

Transfer Statement: Assignment

## Certification

Name: Thad Scroggins

Date: September 29, 2010

Applicant's Tracking Number: 91711

**Registration #:**

**Service Request #:** 1-494729502

**Application Date:** 09-29-2010 21:32:57

## Correspondent

**Organization Name:** c/o The Walt Disney Company

**Name:** Thad Scroggins

**Address:** 500 S. Buena Vista St.
Burbank, CA 91521-0635 United States

## Mail Certificate

The Walt Disney Company
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635 United States

*-APPLICATION-*

## Title

**Title of Work:** GREY'S ANATOMY "SHOCK TO THE SYSTEM" (702)

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 30, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** ABC Studios

**Author Created:** Entire motion picture.

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.

500 S. Buena Vista St., Burbank, CA, 91521, United States

**Transfer Statement:** Assignment

## Certification

**Name:** Thad Scroggins

**Date:** September 30, 2010

**Applicant's Tracking Number:** 89725

**Registration #:**

**Service Request #:** 1-494729972

**Application Date:** 09-30-2010 14:37:16

## Correspondent

**Organization Name:** c/o The Walt Disney Company

**Name:** Thad Scroggins

**Address:** 500 S. Buena Vista St.
Burbank, CA 91521-0635 United States

## Mail Certificate

The Walt Disney Company
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG. PA 1-348-336

EFFECTIVE DATE OF REGISTRATION
NOV 1 7 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
DISNEY'S THE EMPEROR'S NEW SCHOOL "YZMOPOLIS" (1-21)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼ Disney Enterprises, Inc.
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ______ Domiciled in U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
All other cinematographic material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ______ Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ______ Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 2006 Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published.
Month 11 Day 11 Year 2006
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DISNEY ENTERPRISES, INC.
500 S. Buena Vista St.
Burbank, CA 91521

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED NOV 17 2006
ONE DEPOSIT RECEIVED NOV 1 7 2006 BETACAM-SP/L
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY DJW

FORM PA

CHECKED BY

CORRESPONDENCE ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Based on and incorporates preexisting Disney character artwork.

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other cinematographic material

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Buena Vista Copyright Services
Account Number ▼ DA014273

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thad Scroggins
c/o The Walt Disney Company, 500 S. Buena Vista St.
Burbank, CA 91521-0635

Area code and daytime telephone number (818) 560-2118 Fax number (818) 562-3103
Email thad.scroggins@disney.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Thad Scroggins Date November 14, 2006

Handwritten signature (X) ▼
x [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ The Walt Disney Company Attn: Thad Scroggins 73612
Number/Street/Apt ▼ 500 S. Buena Vista St.
City/State/ZIP ▼ Burbank, CA 91521-0635

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-350-303

EFFECTIVE DATE OF REGISTRATION
NOV 20 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
DISNEY'S THE REPLACEMENTS "TODD STRIKES OUT/THE JERKY GIRLS" (1-01)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Disney Enterprises, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
All other cinematographic material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 7 Day 28 Year 2006
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DISNEY ENTERPRISES, INC.
500 S. Buena Vista St.
Burbank, CA 91521

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED NOV 20 2006
ONE DEPOSIT RECEIVED
NOV 20 2006
TWO DEPOSITS RECEIVED
BETACAM SP/D
FUNDS RECEIVED
Animation

MORE ON BACK ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [initials] FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Based on and incorporates preexisting Disney character artwork.

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other cinematographic material

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼ Account Number ▼

Buena Vista Copyright Services DA014273

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thad Scroggins
c/o The Walt Disney Company, 500 S. Buena Vista St.
Burbank, CA 91521-0635

Area code and daytime telephone number ( 818 ) 560-2118 Fax number ( 818 ) 562-3103

Email thad.scroggins@disney.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ ~~owner of exclusive right(s)~~
☒ authorized agent of Claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thad Scroggins Date November 16, 2006

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
The Walt Disney Company Attn: Thad Scroggins 76916

Number/Street/Apt ▼
500 S. Buena Vista St.

City/State/ZIP ▼
Burbank, CA 91521-0635

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG. PA 1-289-060

EFFECTIVE DATE OF REGISTRATION
11 - 17 - 06
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
THAT'S SO RAVEN "MEMBERS ONLY" (4-14)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Disney Enterprises, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ______
{ Domiciled in U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ______
{ Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ______
{ Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 9 Day 15 Year 2006
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DISNEY ENTERPRISES, INC.
500 S. Buena Vista St.
Burbank, CA 91521

See instructions before completing this space.

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED NOV 17 2006
ONE DEPOSIT RECEIVED NOV 17 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Buena Vista Copyright Services
Account Number ▼ DA014273

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thad Scroggins
c/o The Walt Disney Company, 500 S. Buena Vista St.
Burbank, CA 91521-0635

Area code and daytime telephone number ( 818 ) 560-2118 Fax number ( 818 ) 562-3103

Email thad.scroggins@disney.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thad Scroggins Date November 14, 2006

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ The Walt Disney Company Attn: Thad Scroggins 74524
Number/Street/Apt ▼ 500 S. Buena Vista St.
City/State/ZIP ▼ Burbank, CA 91521-0635

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-289-065

EFFECTIVE DATE OF REGISTRATION
11 - 17 - 06
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
THAT'S SO RAVEN "RAE OF SUNSHINE" (4-18)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Disney Enterprises, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ______ / Domiciled in U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ______ / Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ______ / Domiciled in ______

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 10 Day 6 Year 2006
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DISNEY ENTERPRISES, INC.
500 S. Buena Vista St.
Burbank, CA 91521

See instructions before completing this space.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED NOV 17 2006
ONE DEPOSIT RECEIVED NOV 17 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Buena Vista Copyright Services
Account Number ▼ DA014273

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thad Scroggins
c/o The Walt Disney Company, 500 S. Buena Vista St.
Burbank, CA 91521-0635

Area code and daytime telephone number ( 818 ) 560-2118 Fax number ( 818 ) 562-3103
Email thad.scroggins@disney.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Thad Scroggins Date November 14, 2006

Handwritten signature (X) ▼
x [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ The Walt Disney Company Attn: Thad Scroggins 74510
Number/Street/Apt ▼ 500 S. Buena Vista St.
City/State/ZIP ▼ Burbank, CA 91521-0635

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



...t to change. ...yright Office ...rite the Copy- ...30.

Wo... ...right Office, or ...

**Form PA**
For a Work of Performing Arts
UNITED STATES ...

PA 1-369-552

EFFECTIVE DATE OF REGISTRATION

Month 3 Day 9 Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
HANNAH MONTANA "DEBT IT BE" (1-20)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Disney Enterprises, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ / Domiciled in U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ / Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ / Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 12 Day 1 Year 2006
U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DISNEY ENTERPRISES, INC.
500 S. Buena Vista St.
Burbank, CA 91521

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED MAR 09 2007
ONE DEPOSIT RECEIVED MAR 09 2007 BETACAM SP/D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY CB

CHECKED BY

☐ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Buena Vista Copyright Services
Account Number ▼ DA014273

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thad Scroggins
c/o The Walt Disney Company, 500 S. Buena Vista St.
Burbank, CA 91521-0635

Area code and daytime telephone number ( 818 ) 560-2118
Fax number ( 818 ) 562-3103
Email thad.scroggins@disney.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thad Scroggins Date March 2, 2007

Handwritten signature (X) ▼
x [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ The Walt Disney Company, Attn: Thad Scroggins 74962
Number/Street/Apt ▼ 500 S. Buena Vista St.
City/State/ZIP ▼ Burbank, CA 91521-0635

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registratic

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG
PA 1-322-068

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 3 Year 06

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

SUITE LIFE OF ZACK & CODY, THE "BOSTON HOLIDAY" (1-24)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Disney Enterprises, Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
Domiciled in U S A

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2006 Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month January Day 27 Year 2006
U S A Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

DISNEY ENTERPRISES, INC
500 S Buena Vista St
Burbank, CA 91521

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
APR 03 2006
ONE DEPOSIT RECEIVED
APR 03 2006 Bchesum-SP/L
TWO DEPOSITS RECEIVED
APR 03 2006
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY [initials] FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

a Name ▼ Buena Vista Copyright Services — Account Number ▼ DA014273

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Thad Scroggins
c/o The Walt Disney Company, 500 S Buena Vista St
Burbank, CA 91521-0635

Area code and daytime telephone number (818) 560-2118 Fax number (818) 562-3103

Email thad scroggins@disney com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Thad Scroggins Date March 25, 2006

Handwritten signature (X) ▼

x [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼ The Walt Disney Company Attn Thad Scroggins 72320

Number/Street/Apt ▼ 500 S Buena Vista St

City/State/ZIP ▼ Burbank, CA 91521-0635

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
PA 1-683-784

**Effective date of registration:**
June 9, 2010

## Title

**Title of Work:** Whistleblower - (The Office)

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 20, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Universal Network Television LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal Network Television LLC

100 Universal City Plaza, Universal City, CA 91608

## Certification

**Name:** Carly Seabrook

**Date:** June 4, 2010

**Registration #:**   PA0001683784

**Service Request #:**   1-416172640



Universal City Studios LLLP
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
PA 1-681-974

**Effective date of registration:**
May 17, 2010

## Title

**Title of Work:** Saturday Night Live - #1575

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 8, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** NBC Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** NBC Studios, Inc.

100 Universal City Plaza, Universal City, CA, 91608, United States

## Certification

**Name:** Carly Seabrook

**Date:** May 13, 2010

**Registration #:**   PA0001681974

**Service Request #:**   1-399333902



Universal City Studios LLLP
Carly Seabrook
Universal Studios
100 Universal City Plaza, Bldg. 1280/6th floor
Universal City, CA 91608



51 WEST 52ND STREET
NEW YORK, NY 10019

212-975-3610
E-mail: rebecca.borden@cbs.com

REBECCA BORDEN
SENIOR VICE PRESIDENT,
ASSOCIATE GENERAL COUNSEL

October 1, 2010

**VIA FIRST CLASS MAIL**
To: FilmOn.com, Inc.
c/o NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DRIVE
SUITE 101
DOVER, DE, 19904

**ADVANCE NOTICE OF POTENTIAL INFRINGEMENT**

On behalf of CBS Broadcasting Inc. ("CBS"), we submit this advance notice of potential infringement pursuant to Section 411(c) (formerly 411(b)) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22 (2009).

The Federal Communications Commission has licensed CBS Broadcasting Inc. to operate the television station identified by the call letters KCBS-TV, the signal of which is broadcast to viewers over-the-air in the Los Angeles market. Next week, KCBS will telecast the following programs:

| Program | Date | Time (Pacific Standard Time) |
|---|---|---|
| CBS Evening News with Katie Couric | October 4, 2010 | 6:30 p.m. – 7:00 p.m. |
| CBS Evening News with Katie Couric | October 5, 2010 | 6:30 p.m. – 7:00 p.m. |
| CBS Evening News with Katie Couric | October 6, 2010 | 6:30 p.m. – 7:00 p.m. |
| CBS Evening News with Katie Couric | October 7, 2010 | 6:30 p.m. – 7:00 p.m. |

Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission. CBS Broadcasting Inc. which will be considered the copyright claimant of these works (by virtue of assignment from CBS News Inc., the author) upon their fixation, intends to secure a copyright in these telecasts upon their fixation and to file an application for copyright registration in such telecasts within three months of their first transmission.

Your streaming of these telecasts over the Internet to subscribers from the website located at www.FilmOn.com or any other website owned or controlled by you, would, if carried out, result in an infringement of the copyright in such telecasts. CBS Broadcasting Inc. objects to such activities which, if carried out, would subject you to liability for copyright infringement. In view of this notice, such infringement would be willful.

This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims and remedies available to CBS, whether legal or equitable in nature, all of which are expressly reserved.

Sincerely,

Rebecca Borden



NBC UNIVERSAL

DANIEL M. KUMMER
Vice President, Litigation
& Content Protection
Law Department

30 Rockefeller Plaza
New York, NY 10112
tel 212 664 4017
fax 212 664 6572
daniel.kummer@nbcuni.com

October 1, 2010

**VIA FIRST CLASS MAIL**

To: FilmOn.com, Inc.
c/o NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DRIVE
SUITE 101
DOVER, DE, 19904

**ADVANCE NOTICE OF POTENTIAL INFRINGEMENT**

On behalf of NBC Subsidiary (KNBC-TV), Inc. ("Owner") we submit this advance notice of potential infringement pursuant to Section 411(c) (formerly 411(b)) of the United States Copyright Act, 17 U.S.C. § 411(c), and Section 201.22 of the Copyright Office's regulations, 37 C.F.R. § 201.22 (2009).

Owner owns and operates the television station identified by the call letters KNBC, the signal of which is broadcast to viewers over-the-air on channel 4 in the Los Angeles market. Next week, KNBC will telecast the following programs:

| Program | Date | Time (Pacific Standard Time) |
|---|---|---|
| Channel 4 News at 11pm | October 4, 2010 | 11:00 p.m. – 11:30 p.m. |
| Channel 4 News at 11pm | October 5, 2010 | 11:00 p.m. – 11:30 p.m. |

Each telecast will be a copyrighted work consisting of sounds and images, the first fixation of which will be made simultaneously with its transmission. Owner, which will be considered the author of these works upon their fixation, intends to secure a copyright in these telecasts upon their fixation and to file an application for copyright registration in such telecasts within three months of their first transmission.

Your streaming, over the Internet, of these telecasts to subscribers from the website located at www.FilmOn.com or any other website owned or controlled by you, would, if carried out, result in an infringement of the copyright in such telecasts. Owner objects to such activities which, if carried out, would subject you to liability for copyright infringement. In view of this notice, such infringement would be willful.

This notice does not purport to be a full or complete statement of the facts or the law and is without prejudice to any rights, claims and remedies available to Owner, whether legal or equitable in nature, all of which are expressly reserved.

Sincerely,

Daniel M. Kummer

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
PA 1-706-912

**Effective date of registration:**
November 3, 2010

## Title

**Title of Work:** 90210 - Show # 304 "The Bachelors"

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 3, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** CBS Studios Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CBS Studios Inc.

4024 Radford Ave., Admin Building, Room 390G, Studio City, CA 91604
United States

## Certification

**Name:** Lura Burton

**Date:** October 28, 2010

**Registration #:**   PA0001706912

**Service Request #:**   1-510579658



Youngblood Group
Juliette Youngblood
3000 Olympic Blvd.
Suite 2520
Santa Monica, CA 90404  United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
PA 1-704-158

**Effective date of registration:**
October 25, 2010

## Title

**Title of Work:** JUDGE JUDY - SHOW # 3532

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 18, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Big Ticket Television, Inc.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Big Ticket Television, Inc.

c/o CBS Studios Inc., 2401 Colorado Ave., Suite 110, Santa Monica, CA, 90404, United States

## Rights and Permissions

**Organization Name:** CBS Studios Inc.

**Name:** Lynn Fero

**Email:** lynn.fero@cbs.com **Telephone:** 310-264-3427

**Address:** 2401 Colorado Ave., Suite 110

Santa Monica, CA 90404 United States

## Certification

**Name:** Lynn Fero

**Date:** October 18, 2010

**Registration #:** PA0001704158

**Service Request #:** 1-504575973

Youngblood Group
Juliette Youngblood
3000 Olympic Blvd.
Suite 2520
Santa Monica, CA 90404

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
PA 1-707-047

**Effective date of registration:**
November 3, 2010

## Title

**Title of Work:** Touched By An Anglo - (Outsourced)

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 21, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Open 4 Business Productions, LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Open 4 Business Productions, LLC

100 Universal City Plaza, Universal City, CA, 91608

## Certification

**Name:** Carly Seabrook

**Date:** November 1, 2010

**Registration #:**   PA0001707047

**Service Request #:**   1-512363158



Universal City Studios LLLP
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
PA 1-711-131

**Effective date of registration:**
December 7, 2010

## Title

**Title of Work:** AMERICA'S FUNNIEST HOME VIDEOS (2106)

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 7, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** American Broadcasting Companies, Inc.

  **Author Created:** All other cinematographic material.

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** AMERICAN BROADCASTING COMPANIES, INC.

77 West 66th Street, New York, NY, 10023, United States

## Limitation of copyright claim

**Material excluded from this claim:** Contains preexisting video footage.

**New material included in claim:** All other cinematographic material.

## Certification

**Name:** Thad Scroggins

**Date:** November 29, 2010

**Applicant's Tracking Number:** 92396

**Registration #:**    PA0001711131

**Service Request #:**    1-526118025



American Broadcasting Companies, Inc.
Thad Scroggins
500 S. Buena Vista St.
Burbank, CA 91521-0635  United States