UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBS BROADCASTING INC., *et al.*,

Plaintiffs,

-against-

FILMON.COM, INC.,

Defendant.

Civil Action No. 10-7532 (NRB)

ECF CASE

**ORDER**

**UPON CONSIDERATION** of the application of Al J. Daniel, Jr., Esq., of Cowan, DeBaets, Abrahams & Sheppard LLP, and satisfactory reasons having been show, *i.e.*, that defendant FilmOn.Com, Inc., continues to be represented by Toby M. J. Butterfield, Esq. and other counsel who have appeared in the case, it is hereby

**ORDERED** that Al J. Daniel, Jr., Esq., of Cowan, DeBaets, Abrahams & Sheppard LLP is hereby relieved as counsel for defendant FilmOn.Com, Esq. and the Clerk of the Court shall modify the docket and any other records of the Court accordingly.

Naomi Reice Buchwald, U.S.D.J.

Dated:   November 15, 2011
          New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/11