USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/11

UNITED STATES DISTRICT COURT
SOUTHERN DISCTICT OF NEW YORK

---

| | |
|---|---|
| CBS BROADCASTING, INC., et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br><br><br>FILMON.COM, INC.,<br><br>                    Defendant. | Civil Action No. 10-7532 (NRB)<br><br>ECF CASE<br><br>**ORDER** |

**UPON CONSIDERATION** of the application of Christopher J. Marino, Esq., of Holmes Weinberg, PC, and satisfactory reasons having been shown, *i.e.*, that defendant FilmOn.com, Inc., continues to be represented by Toby M. J. Butterfield, Esq., it is hereby

**ORDERED** that Christopher J. Marino Esq., of Holmes Weinberg, PC is hereby relieved as counsel for defendant FilmOn.com, Inc., and the clerk of the Court shall modify the docket and any other records of the Court accordingly.

 

_____
Naomi Reice Buchwald, U.S.D.J.

Dated: December 16, 2011
New York, New York