UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CBS BROADCASTING INC.,<br>CBS STUDIOS INC.,<br>BIG TICKET TELEVISION, INC.,<br>NBC STUDIOS LLC,<br>OPEN 4 BUSINESS PRODUCTIONS LLC,<br>UNIVERSAL NETWORK TELEVISION, LLC,<br>NBC SUBSIDIARY (KNBC-TV) LLC,<br>TWENTIETH CENTURY FOX FILM CORPORATION,<br>FOX TELEVISION STATIONS, INC.,<br>ABC HOLDING COMPANY INC.,<br>AMERICAN BROADCASTING COMPANIES, INC.,<br>and DISNEY ENTERPRISES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>FILMON.COM, INC.,<br><br>    Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 07/08/2013<br><br><br>Case No. 1:10-cv-7532-NRB |

## ORDER TO SHOW CAUSE FOR CONTEMPT OF INJUNCTION

Upon the application of plaintiffs for an Order to show cause why the Court should not hold defendant FilmOn.com, Inc. and Mr. Alkiviades David (collectively "FilmOn") in contempt for violating the Stipulated Consent Judgment and Injunction entered by the Court on August 8, 2012 (the "Injunction"), and having read and considered the papers submitted by plaintiffs in support of such application, including the Memorandum of Law in support of the requested relief, NOW, THEREFORE,

### ORDER TO SHOW CAUSE

IT IS ORDERED THAT defendant FilmOn.com, Inc. show cause before the Honorable Naomi Reice Buchwald, United States District Judge, Courtroom 21A of the United States

District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on

*NRB* ~~July 9,~~ August 8 10:30 a.m. 2013 at ~~3:30 p.m.~~, or as soon thereafter as counsel can be heard, why an Order should not be entered, holding FilmOn in contempt for violating the Injunction by streaming over mobile telephone systems and the Internet broadcast television programming in which Plaintiffs own the copyrights; imposing coercive penalties as necessary to enforce the injunction; awarding compensatory penalties to plaintiffs in an amount reflecting the severity of FilmOn's misconduct; and granting plaintiffs such other and further relief as the Court may deem just and proper.

<u>ORDER COMPELLING DEFENDANTS TO PRESERVE INFORMATION</u>

Pending the final disposition of this Order, FilmOn shall preserve all documents, electronically stored information, and/or tangible things relevant to the subject matter of, or reasonably calculated to lead to the discovery of admissible evidence in, this action or any of the claims asserted herein and maintain them in an accessible form and place.

<u>SERVICE, OPPOSITION AND REPLY PAPERS</u>

IT IS FURTHER ORDERED THAT this Order, together with the papers upon which it was granted, be served upon defendant no later than July 3, 2013, with proof of service filed no later than July 8, 2013. Service shall be deemed good and sufficient if made (a) personally, (b) by certified mail (return receipt requested) or express overnight delivery or (c) by any other means authorized by the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED THAT answering papers by defendant, if any, shall be filed no later than July 15, 2013 and served personally or by overnight delivery upon the attorneys for plaintiffs to be received on or before 12:00 p.m., on July 22, 2013, and a courtesy copy shall be delivered to the Court's Chambers at the same time. Any reply papers by plaintiffs shall be filed

on or before 12:00 p.m. on July 29, 2013, and served personally or by overnight delivery, and a courtesy copy shall be delivered to the Court's Chambers at the same time.

SO ORDERED.

DATED: July 3, 2013

UNITED STATES DISTRICT JUDGE