*Buchwald, N*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBS Broadcasting, Inc., CBS Studios Inc., Big Ticket Television, Inc., NBC Studios LLC; Open 4 Business Productions LLC, Universal Network Television, LLC, NBC Subsidiary (KNBC-TV) LLC, Twentieth Century Fox Film Corporation, Fox Television Stations, Inc., ABC Holding Company Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc.<br><br>        Plaintiffs,<br><br>    -against-<br><br>FilmOn.com, Inc.<br><br>        Defendant. | Case No. 10 CV 7532 (NRB)<br><br>ECF CASE<br><br>[~~PROPOSED~~] ORDER REQUEST FOR JUDICIAL NOTICE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 07/18/2013 |

## [~~PROPOSED~~] ORDER RE REQUEST FOR JUDICIAL NOTICE

IT IS ORDERED THAT the Request for Judicial Notice submitted by Defendant FilmOn.com, Inc. ("FilmOn") and non-party Alkiviades David in connection with their oppositions to the Order to Show Cause re Contempt and Motions to Compel Compliance with the Financial Terms and Section 5.3 of the Settlement Agreement is granted.

The Court takes judicial notice of the following documents:

- *Competitive Impact Statement of the Department of Justice at 10-11, United States v. Comcast Corp.*, 1:11-cv-00106, (D.C. Cir. Jan. 18, 2011) (available at http://www.justice.gov/atr/cases/f266100/266158.pdf); and

- *In the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc. for Consent to Assign Licenses and Transfer Control of Licensees,*

1

*Memorandum Opinion & Order*, 26 FCC Rcd. 4238 ¶ 78 (2011) (available at http://hraunfoss.fcc.gov/edocs_public/attachmatch/FCC-11-4A1.pdf).

SO ORDERED.

DATED: *July 17, 2013*

UNITED STATES DISTRICT JUDGE